# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MAURICE PITTMAN, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | CIVIL NO. 07-cv-742-WDS |
| vs. | ) | |
| | ) | CRIMINAL NO. 01-cr-30108 |
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. On December 12, 2002 Petitioner was found guilty, after a jury trial, of one count of distributing cocaine base in violation of 21 U.S.C. §§ 841(a)(1). On March 24, 2003, Petitioner was sentenced to 390 months imprisonment, eight years supervised release, a fine of $2,000, and a special assessment of $100. Petitioner's conviction and sentence were affirmed on direct appeal. *United States v. Pittman*, No. 03-1812 (7th Cir., July 24, 2006).

In his original motion, Petitioner raises two grounds for relief: (1) that his trial counsel was ineffective at sentencing; and (2) that his trial counsel was ineffective for failing to object to certain testimony. In a motion to amend his § 2255 motion (Doc. 3), Petitioner adds the following claim: that the Court improperly enhanced his sentence.

Petitioner's motion to amend his § 2255 motion (Doc. 3) is **GRANTED**.

The Court **ORDERS** the Government to file a response to Petitioner's motion (and amendment thereto) within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED**.

**DATED: November 20, 2008**

                                    **s/ WILLIAM D. STIEHL**
                                        **DISTRICT JUDGE**